IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TRACEY THOMAS,<br>   *Petitioner,*<br><br> v.<br><br>JOHN E. WETZEL, et al.,<br>   *Respondents.* | Civil No. 19-1634 |

## ORDER

**AND NOW**, this 4th day of August, 2025, upon consideration of Petitioner's Motion for Relief under Rule 60(b) (ECF No. 27), the response thereto, the Report and Recommendation of United States Magistrate Judge Elizabeth T. Hey, and Petitioner's objections, it is hereby **ORDERED** that:

 1. Petitioner's objections are **OVERRULED**.

 2. The Report and Recommendation is **APPROVED AND ADOPTED**.

 3. The Motion for Relief under Rule 60(b) is **DENIED**.

 4. There is no basis for the issuance of a certificate of appealability.

              BY THE COURT:

              _____
              MARY KAY COSTELLO, J.